No. 95–765. Sanchez, a Minor, By and Through Her Next Friend, Parent, and Guardian, DeFerdinando, et al. *v.*

1074

School District 9–R.   Ct. App. Colo.   Certiorari denied.